IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIA LOR,

        Plaintiff,                                      CIV S- 12-0434 GGH

        vs.

MICHAEL J. ASTRUE,                         ORDER
Commissioner of Social Security,

        Defendant.
_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). The current application states that plaintiff has received money from an "other source" but she has not described the source of money, the amount received, or what she expects to continue to receive. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty-one (21) days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's

1

1  failure to comply with this order will result in a recommendation that this action be dismissed;

2  and

3           2.  The Clerk of the Court is directed to send plaintiff a new Application to

4  Proceed In Forma Pauperis.

5  Dated: March 5, 2012

6                                    /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE
7
   GGH:076/Lor0434.ifp.wpd
8