1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DIA LOR,

11          Plaintiff,                          No. 2:12-cv-0434 GGH

12       vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,

14

15          Defendants.               ORDER TO SHOW CAUSE

16   _____/

17          On March 22, 2012, the court entered its order granting plaintiff's request to

18   proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a

19   USM-285 form.  Pursuant to that order, within fifteen days from the March 22, 2012 filed date of

20   the order, plaintiff was to provide the United States Marshal with the information to complete

21   service of process.  The court has not received a proof of service showing that the defendant has

22   been served, and the U.S. Marshal has no record of the documentation being filed with their

23   office.

24   \\\\\

25   \\\\\

26   \\\\\

1

THEREFORE, plaintiff is ordered to show cause, within twenty-one (21) days, why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

DATED: August 21, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Lor0434.osc.wpd