BENJAMIN B. WAGNER
United States Attorney
GRACE KIM
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8926
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys For Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIA LOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,[1] Commissioner Of Social Security,<br><br>    Defendant. | CIVIL NO. 2:12-CV-00434-AC<br><br>**STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION OF 60 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

IT IS HEREBY STIPULATED, by and between Plaintiff Dia Lor (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a first extension of time of sixty (60) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions. Defendant requires additional time to properly assess the issues Plaintiff has raised in her brief. The current due date

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME         (CASE NO. 2:12-CV-00434-AC)

is March 14, 2013.  The new due date will be May 13, 2013.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 6, 2013         JESSE S. KAPLAN

By: /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
(As authorized by email on March 5, 2013)
Attorneys for Plaintiff

Dated: March 6, 2013         BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Daniel Talbert*
DANIEL TALBERT
Special Assistant U. S. Attorney
Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

SHARON LAHEY
Assistant Regional Counsel

**ORDER**

APPROVED AND SO ORDERED:

DATED: March 7, 2013

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE