BENJAMIN B. WAGNER
United States Attorney
GRACE KIM
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL TALBERT
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8926
Facsimile:  (415) 744-0134
E-Mail:  Daniel.Talbert@ssa.gov

Attorneys For Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIA LOR, | CIVIL NO. 2:12-CV-00434-AC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION OF 14 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |
| vs. | |
| CAROLYN W. COLVIN,[1] Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Dia Lor (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have a second extension of time of fourteen (14) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  Defendant requires additional time to properly assess the issues Plaintiff has raised in her brief due.  The current due

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME         (CASE NO. 2:12-CV-00434-AC)

1  date May 13, 2013.  The new due date will be May 27, 2013.  The parties further stipulate that

2  the Court's Scheduling Order shall be modified accordingly.

3                                                  Respectfully submitted,

4  Dated: May 13, 2013                  JESSE S. KAPLAN

5                                         By:  /s/ *Jesse S. Kaplan*
                                        JESSE S. KAPLAN

6                                         (As authorized by email on May 13, 2013)
                                        Attorneys for Plaintiff

7

8  Dated: May 13, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney

9                                         By:  /s/ *Daniel Talbert*
                                        DANIEL TALBERT

10                                        Special Assistant U. S. Attorney
                                       Attorneys for Defendant

11
                                       OF COUNSEL TO DEFENDANT:

12
                                       SHARON LAHEY
13                                      Assistant Regional Counsel

14
                                        **ORDER**
15
   APPROVED AND SO ORDERED:
16

17
   DATED: May 14, 2013
18                                        HON. ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24